JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COMPUTER SCIENCES CORP. ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | NO. CV 08-02398 SJO (JWJx)<br>NO. CV 08-02409 SJO (JWJx)<br><br>**JUDGMENT**<br>[Docket Nos. 108, 130] |

This matter came before the Court on Plaintiffs Federico Quan, Walter Gray, Don Tyrone Ballard and Jeanine L. Shamaly's (collectively "Plaintiffs") Amended Motion for Partial Summary Judgment, and Defendants Computer Sciences Corporation ("CSC"), CSC Retirement Plans Committee (the "Committee"), Leon J. Level, Hayward D. Fisk, Frederick E. Vollrath, Donald G. DeBuck, Michael E. Keane, and Nathan Siekierka, Van B. Honeycutt, Irving W. Bailey II, F. Warren McFarlan, and Thomas H. Patrick's (collectively "Defendants") Motion for Summary Judgment. Having duly considered the issues, and a decision having duly rendered, it is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants. The Clerk of the Court shall close the file. The parties shall bear their own costs.

IT IS SO ADJUDGED.

Dated: July 13, 2009

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE